IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Z&R CAB, LLC and ZORO, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA PARKING AUTHORITY | : | NO. 13-6173 |

## ORDER

AND NOW, this 4th day of June, 2014, upon consideration of defendant Philadelphia Parking Authority's motion to dismiss (docket entry # 7) and plaintiffs' response in opposition thereto, and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's motion to dismiss is GRANTED IN PART and DENIED IN PART in accordance with the accompanying Memorandum;

2. Plaintiffs' complaint is DISMISSED; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_/s/ Stewart Dalzell, J._
Stewart Dalzell, J.