IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Z&R CAB, LLC and ZORO, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA PARKING AUTHORITY | : | NO. 13-6173 |
| | : | |

ORDER

AND NOW, this 24th day of September, 2014, upon consideration of plaintiffs Z&R Cab, LLC and Zoro, Inc.'s motion for reconsideration (docket entry # 13), defendant Philadelphia Parking Authority's response in opposition, and based on the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that the plaintiffs' motion is DENIED.

BY THE COURT:


\_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.